**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| RUDOLPH SHAWN GAGUSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:11-CV-0306-RWS |
| FANNIN COUNTY, GEORGIA, | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This case is before the Court for consideration of the Report and

Recommendation [11] of Magistrate Judge Susan S. Cole.  After reviewing the

Report and Recommendation, it is received with approval and adopted as the

Opinion and Order of this Court.  Accordingly, this action is hereby

**DISMISSED**, **WITHOUT PREJUDICE** due to Plaintiff's failure to keep the

Clerk informed of his current address.  The Clerk shall close the case.

**SO ORDERED**, this  17th  day of April, 2012.


_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE