# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

RUDOLPH SHAWN GAGUSKI,　　　　:
　　　　　　　　　　　　　　　　:
　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　 :　　　CIVIL ACTION NO.
　　　　　　　　　　　　　　　　:　　　2:11-CV-0306-RWS
FANNIN COUNTY, GEORGIA,　　　　:
*et al.*,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
　　　　　Defendants.　　　　　　:

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [11] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED**, **WITHOUT PREJUDICE** due to Plaintiff's failure to keep the Clerk informed of his current address. The Clerk shall close the case.

**SO ORDERED**, this __17th__ day of April, 2012.

_/s/ Richard W. Story_
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE