# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| RUDOLPH SHAWN GAGUSKI, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 2:11-CV-0306-RWS |
| FANNIN COUNTY, GEORGIA,<br>*et al.*, | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [82] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the summary judgment motions filed by Defendants Michael McMunn and Ann Evans [64] and Defendants Greg Newman and Fannin County, Georgia [73] are **GRANTED**; Plaintiff's Motions for Summary Judgment [68], for Discovery and Document Production [76], for Appointment of Counsel [77], and to Summon Witnesses [78] are **DENIED**; and this action is **DISMISSED**.

AO 72A
(Rev.8/82)

**SO ORDERED**, this  28th  day of January, 2015.

_____
**RICHARD W. STORY**
United States District Judge